# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DARRYL DERAMUS, ET AL.** | **CIVIL ACTION NO. 21-1772** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **LA. INDIGENT DEFENDER BOARD** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Plaintiff Darryl Deramus, a prisoner at Claiborne Parish Detention Center ("CPDC") proceeding pro se, filed this proceeding on approximately June 21, 2021, under 42 U.S.C. § 1983. Eighteen other prisoners at CPDC ("putative plaintiffs") seek to join Deramus as co-plaintiffs.

Local Rule 3.2 provides, "Each pro se prisoner shall file a separate complaint alleging a violation of [his or her] civil rights." "[T]he impracticalities and inherent difficulties of allowing" the signatories "to proceed jointly necessitate" severing each signatory's claims. *Beaird v. Lappin*, 2006 WL 2051034, at *4 (N.D. Tex. July 24, 2006) (detailing the impracticalities and difficulties).

Here, each putative plaintiff must proceed separately, alleging violations of *his* constitutional rights only and either paying his own filing fee or filing his own application to proceed in forma pauperis.

Accordingly, **IT IS ORDERED** that the Clerk of Court **SEVER** the putative plaintiffs from this proceeding. The Clerk of Court is further instructed to open a new proceeding for each putative plaintiff and mail each an application to proceed in forma pauperis and a prisoner civil rights complaint form.

2

**IT IS FURTHER ORDERED** that the motion to waive or divide the filing fee, [doc. # 1, pp. 6-7], is **DENIED**.

In Chambers, Monroe, Louisiana, this 7th day of July, 2021.

_____
Kayla Dye McClusky
United States Magistrate Judge